THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALEJO CRUZ, Defendant-Appellant.

(Nos. 58534, 58535 cons.; 

First District (2nd Division)—September 18, 1973.

PER CURIAM.
DOWNING, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.